IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ENERGY SYSTEMS GROUP, LLC, an Indiana Limited Liability Company, ACE AMERICAN INSURANCE COMPANY, a Pennsylvania Corporation, <br>               Plaintiffs, <br>v. <br>WARE, INC., a Kentucky Corporation, <br>               Defendant. | Case No.: 1:14-cv-03049-ELR |

## JOINT NOTICE OF SETTLEMENT

NOW COME Plaintiffs, ENERGY SYSTEMS GROUP, LLC and ACE AMERICAN INSURANCE COMPANY ("Plaintiffs"), by and through their counsel, Foran Glennon Palandech Ponzi & Rudloff PC, and Defendant, WARE, INC. ("Defendant), by and through their counsel, Weinberg Wheeler Hudgins Gunn & Dial, respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiffs and Defendant have reached an agreement to resolve the claim that is the subject of this litigation.

2. The parties are in the process of preparing settlement documents.

3. Pursuant to the parties' agreement, payment of the settlement proceeds will be made in late November, 2016.

4. The parties will file a Stipulation of Dismissal shortly after the settlement proceeds are paid in late November of 2016.

5. Accordingly, there is no further need to hold the hearing scheduled for October 20, 2016 on Defendant's Motion to Dismiss on Grounds for Spoliation of Evidence.

Respectfully submitted this 7th day of September, 2016.

                        Respectfully submitted,

By: /s/ George M. Ferreti
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
George M. Ferreti, *Admitted Pro Hac Vice*
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Email: gferreti@fgppr.com

and

Brian Thomas Moore
Drew Eckl & Farnham
Post Office Box 7600
880 W. Peachtree Street
Atlanta, GA 30357
Email: bmoore@deflaw.com

*Counsel for Plaintiffs*
*ENERGY SYSTEMS GROUP, LLC and*
*ACE AMERICAN INSURANCE COMPANY*

And

By: /s/ Scott A. Witzigreuter
Scott A. Witzigreuter
Matthew A. Marrone
George B. Green, Jr.
WEINBERG WHEELER
HUDGINS GUNN & DIAL
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
switzigreuter@wwhgd.com
mmarrone@wwhgd.com
GGreenJr@wwhgd.com

*Counsel for Defendant, WARE, INC.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of **Joint Notice of Settlement** was duly served on the following identified parties via the Court's CM/ECF system on September 7, 2016:

WEINBERG WHEELER HUDGINS GUNN & DIAL
Scott A. Witzigreuter
Matthew A. Marrone
George B. Green, Jr.
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
switzigreuter@wwhgd.com
mmarrone@wwhgd.com
GGreenJr@wwhgd.com

                                                /s/ George M. Ferreti
                                                FORAN GLENNON PALANDECH
                                                PONZI & RUDLOFF PC
                                                George M. Ferreti, *Admitted Pro Hac Vice*
                                                222 North LaSalle Street, Suite 1400
                                                Chicago, Illinois 60601
                                                Telephone: (312) 863-5000
                                                Facsimile:  (312) 863-5099
                                                Email: gferreti@fgppr.com