IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ENERGY SYSTEMS GROUP, LLC, and ACE AMERICAN INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> WARE, INC., <br><br> Defendant. | 1:14-CV-03049-ELR |

## ORDER

Plaintiffs and Defendant filed a Joint Notice of Settlement (Doc. No. 85). For good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement fails, the parties should promptly move to reopen the case.[1]

**SO ORDERED**, this 8th day of September, 2016.

Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.