IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ENERGY SYSTEMS GROUP, LLC, an Indiana Limited Liability Company, ACE AMERICAN INSURANCE COMPANY, a Pennsylvania Corporation,<br>           Plaintiffs,<br>v.<br>WARE, INC., a Kentucky Corporation,<br>           Defendant. | Case No.: 1:14-cv-03049-ELR |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to F.R.C.P. 41, stipulate and agree that this case be dismissed with prejudice and without costs, all matters in controversy among the parties having been compromised, settled and resolved.

Respectfully submitted this 27th day of December, 2016.

| | |
|---|---|
| ENERGY SYSTEMS GROUP LLC<br>ACE AMERICAN INSURANCE COMPANY<br>Plaintiffs<br><br>By: /s/ *George M. Ferreti*<br>FORAN GLENNON PALANDECH<br>PONZI & RUDLOFF PC<br>George M. Ferreti, Admitted Pro Hac Vice<br>222 North LaSalle Street, Suite 1400<br>Chicago, Illinois 60601 | WARE, INC.<br>Defendant<br><br>By: /s/ *Scott A. Witzigreuter*<br>WEINBERG WHEELER<br>HUDGINS GUNN & DIAL<br>Scott A. Witzigreuter<br>Matthew A. Marrone<br>George B. Green, Jr.<br>3344 Peachtree Road NE, Suite 2400<br>Atlanta, GA 30326 |

1

| | |
|---|---|
| Telephone: (312) 863-5000 | switzigreuter@wwhgd.com |
| Facsimile:  (312) 863-5099 | mmarrone@wwhgd.com |
| Email: gferreti@fgppr.com | GGreenJr@wwhgd.com |

and

Brian Thomas Moore
Drew Eckl & Farnham
Post Office Box 7600
880 W. Peachtree Street
Atlanta, GA 30357
Telephone: (404) 885-6108
Facsimile:   (404) 876-0992
Email: bmoore@deflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **STIPULATION TO DISMISS** was duly served on all counsel of record via the Court's CM/ECF system on December 27, 2016:

/s/ George M. Ferreti
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
George M. Ferreti, *Admitted Pro Hac Vice*
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile:  (312) 863-5099
Email: gferreti@fgppr.com